FALLS MANUFACTURING,
INC., Appellant,

v.

Michael CHERTOFF, Secretary of
Homeland Security, Appellee.

No. 04–1551.

United States Court of Appeals,
Federal Circuit.

May 4, 2005.

Before MAYER, Circuit Judge,
PLAGER, Senior Circuit Judge, and
SCHALL, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.